DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH MANZARO,**
Appellant,

v.

**LINDA D'ALESSANDRO,**
Appellee.

No. 4D19-661

[August 22, 2019]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gina Hawkins, Judge; L.T. Case No. FMCE 12-000471 (38).

Guillermo J. Farinas, Palm Beach, for appellant.

Megan K. Wells, Miami Lakes, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***